UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
                                   :
UNITED STATES OF AMERICA           :
                                   :   CONSENT PRELIMINARY ORDER
        - v. -                     :   OF FORFEITURE/
                                   :   MONEY JUDGMENT
KOFI AMANKWAA,                     :
                                   :   24 Cr. 549 (KPF)
        Defendant.                 :
                                   :
---------------------------------- x

WHEREAS, on or about September 17, 2024, KOFI AMANKWAA (the "Defendant") was charged in a one-count Information, 24 Cr. 549 (KPF) (the "Information"), with immigration fraud, in violation of Title 18, United States Code, Sections 1546(a) and 2 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), of all conveyances, including any vessel, vehicle, or aircraft, used in the commission of the offense; all property, real and personal, that constitutes or derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and all property, real or personal, that was used to facilitate, or was intended to be used to facilitate, the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about September 17, 2024, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), a sum of money

equal to $13,389,000 in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $13,389,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable, at least in part, with the Defendant's co-defendant in case number 24 Mag. 230, Kofi Amankwaa, Jr. (the "Co-defendant"), to the extent a forfeiture money judgment is entered against the Co-defendant in his related criminal case, __ Cr. ___.; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Adam Z. Margulies, of counsel, and the Defendant and his counsel, Todd Spodek, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $13,389,000 in United States currency (the "Money Judgment"), which represents the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable, at least in part, with the Co-defendant, to the extent a forfeiture money judgment is entered against the Co-defendant in his related case, __ Cr. ___, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant KOFI AMANKWAA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number

4. The United States Customs and Border Protection, or its designee the Office of Fines, Penalties and Forfeiture, shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____  9/17/2024
ADAM Z. MARGULIES                     DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2345


KOFI AMANKWAA

By: _____  09/17/2024
KOFI AMANKWAA                         DATE


By: _____  9/17/24
TODD SPODEK, ESQ.                     DATE
Attorney for Defendant
233 Broadway, Suite 710
New York, NY 10279


SO ORDERED:

_____  9/17/24
HONORABLE KATHERINE POLK FAILLA   DATE
UNITED STATES DISTRICT JUDGE