

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

February 18, 2025

<u>BY ECF</u>:

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



  RE: United States v. Kofi Amankwaa
     Case No.: 1:24-cr-00549-1 (KPF)
     Southern District of New York
     <u>Unopposed Letter Motion Regarding Defendant's Sentencing Submission</u>

Dear District Judge Failla:

  Please be advised that I represent **Kofi Amankwaa** in the above-captioned action.

  Mr. Amankwaa, by and through the undersigned counsel, respectfully moves this Honorable Court to strike ECF No. 43 (defendant's sentencing submission dated February 2, 2025) and docket ECF No.46 (defendant's amended sentencing submission dated February 18, 2025).

  The Government does not object to the request made herein.

  Thank you in advance for your time and consideration in this matter.

          Sincerely,
         **Spodek Law Group P.C.**
          /s/ Todd A.Spodek
          Todd A. Spodek

cc: All Counsel of Record (By ECF).

Application GRANTED.  The Clerk of Court is directed to strike entry 43 from the docket, and to terminate the pending motion at docket entry 47.

Dated:    February 19, 2025          SO ORDERED.
          New York, New York

                                     *Katherine Polk Failla* (signature)

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE