

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

May 22, 2025

**BY ECF**:

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



RE:   United States v. Kofi Amankwaa
      Case No.: 1:24-cr-00549-1 (KPF)
      Southern District of New York
      Unopposed Letter Motion for Extension of Surrender Date

Dear District Judge Failla:

    Please be advised that I represent **Kofi Amankwaa** in the above-captioned action.

    Mr. Amankwaa, by and through the undersigned counsel, respectfully moves this Honorable Court for an order to extend his surrender date, which is currently scheduled for May 30, 2025, to July 11, 2025. In support, therefore, counsel states as follows:

    Mr. Amankwaa was recently diagnosed with ▮▮▮▮▮▮ and ▮▮▮▮▮▮ (see Exhibit A). He underwent a ▮▮▮▮ to clarify the issue further and is waiting for the results of this ▮▮▮.

    Mr. Amankwaa has a ▮▮▮▮ scheduled for June 3, 2025 (see Exhibit B). Additionally, he is experiencing ▮▮▮▮ after two recent ▮▮▮▮. He has two upcoming appointments to address his ▮▮▮▮ on June 7, 2025, and July 2, 2025 (see Exhibit C).

    Mr. Amankwaa's son, Kofi Jr., underwent ▮▮▮▮ on May 2, 2025, and his ▮▮▮ is expected to take at least eight weeks.

    The Government does not object to the requested extension of Mr. Amankwaa's self-surrender date.

    Thank you in advance for your time and consideration in this matter.

                                   Sincerely,

**Spodek Law Group P.C.**
/s/ Todd A.Spodek
Todd A. Spodek

cc: All Counsel of Record (By ECF).

```
Application GRANTED.  Mr. Amankwaa's surrender date is hereby EXTENDED
to July 11, 2025.

The Clerk of Court is directed to terminate the pending motion at docket
entry 53.

Dated:    May 23, 2025              SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

```
                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```

2