

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

June 2, 2025

**BY ECF AND EMAIL**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *United States v. Kofi Amankwaa*, 24 Cr. 549 (KPF)

Dear Judge Failla:

The Government respectfully requests, with the consent of the defendant, that the Court order restitution in the amount of $16,503,425, enter the enclosed proposed consent restitution order, and amend the judgment accordingly.[1]

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

Cc:   Todd Spodek, Esq. (by ECF and email)

Enclosure

---

[1] The deadline to enter restitution is currently June 3, 2025 (Dkt. 56), but the Court may further extend the restitution period if needed. *See, e.g.*, *United States v. Gupta*, 925 F. Supp. 2d 581, 584 (S.D.N.Y. 2013) ("Such an extension beyond the ninety-day statutory period is permitted where, as here, the extension causes no actual prejudice to the defendant" (citing *United States v. Douglas*, 525 F.3d 225, 252–53 (2d Cir. 2008)), *aff'd*, 747 F.3d 111 (2d Cir. 2014).

Application GRANTED. The Court will endorse the parties' proposed consent restitution order under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 57.

Dated:    June 3, 2025              SO ORDERED.
          New York, New York

                                    *[signature: Katherine Polk Failla]*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE