

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

July 22, 2025

**BY ECF:**

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



   RE: United States v. Kofi Amankwaa
      Case No.: 24-cr-00549-1 (KPF)
      Letter Motion Seeking Return of Passport

Dear Judge Failla:

 Please be advised that I represent Kofi Amankwaa in the above-captioned action, which concluded on February 26, 2025. Your Honor sentenced Mr. Amankwaa to seventy (70) months' imprisonment and three (3) years' supervised release. *See* ECF No. 50.

 Mr. Amankwaa entered BOP custody on July 11, 2025. *See* ECF No. 54. We respectfully request that Your Honor order the return of his passport, which he surrendered to Pretrial Services on January 22, 2024. *See* ECF No. 8.

 Thank you in advance for your attention to this matter.

           Sincerely,
          **Spodek Law Group P.C.**
           /s/ Todd A.Spodek
           Todd A. Spodek

cc: All Counsel of Record (By ECF).

Application GRANTED.  The Court understands from its communications with the Government that the Government is not opposed to this request.  Accordingly, Mr. Amankwaa's request is hereby GRANTED and Pretrial Services is instructed to return Mr. Amankwaa's passport.

The Clerk of Court is directed to terminate the pending motion at docket entry 60.

Dated:     July 28, 2025                  SO ORDERED.
           New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE